Date signed April 08, 2010



                    PAUL MANNES
                U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| IN RE: : | |
| JUAN C. ALVARDO : | Case No. 09-31540PM |
| : | Chapter 7 |
| Debtor : | |
| ONE WEST BANK, FSB : | |
| f/k/a INDYMAC BANK, FSB : | |
| Movant : | |
| vs. : | |
| JUAN C. ALVARDO : | |
| MICHAEL G. WOLFF, TRUSTEE : | |
| Respondents : | |
| CENTRAL MORTGAGE COMPANY : | |
| Movant : | |
| vs. : | |
| JUAN C. ALVARADO : | |
| MICHAEL G. WOLFF, TRUSTEE : | |
| Respondents : | |

### MEMORANDUM TO THE PARTIES

In this bankruptcy case under Chapter 7 the court has received two Motions for Relief from Stay, both involving fractional interests in real property not scheduled by the Debtor. It is asserted that transactions accomplished without the knowledge of the Debtor were part of a foreclosure avoidance scam. One West Bank, FSB, has requested the entry of an order including *in rem* equitable servitude on the property. There may be concern as to whether this court has jurisdiction to enter such an order.

The court hereby requests that the office of the United States Trustee, together with counsel for the parties, cooperate in the presentation of a proposed order to grant appropriate relief in the circumstances presented.

cc:
Richard J. Rogers, Esq., 600 Baltimore Avenue, Suite 208, Towson, MD 21204
Kristine D. Brown, Esq., 13135 Lee Jackson Highway, #201, Fairfax, VA 22033
United States Trustee, 6305 Ivy Lane, #600, Greenbelt  MD  20770
Juan C. Alvarado, 302 E. Sherri Drive, Gilbert, AZ 85296
Juan C. Alvarado, 2009 Elriest Street, #102, Hyattsville, MD 20783
Gemma Irai Velasco-Anton, 302 E. Sherri Drive, Gilbert, AZ 85296
Gemma Irai Velasco-Anton, 2009 Elriest Street, #102, Hyattsville, MD 20783

**End of Memorandum**